AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Kyle, Richard H | 2. Court or Organization<br><br>District Court-Minnesota | 3. Date of Report<br><br>05/13/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge-Senior | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>764 Federal Courts Building<br>316 N. Robert Street<br>St. Paul, MN 55101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

FINANCIAL DISCLOSURE OFFICE

2008 MAY 14 P 4: 02

RECEIVED

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

|     | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|-----|------|-----------------|--------------------------------|
| 1.  |      |                 |                                |
| 2.  |      |                 |                                |
| 3.  |      |                 |                                |
| 4.  |      |                 |                                |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

|     | DATE | SOURCE AND TYPE |
|-----|------|-----------------|
| 1.  |      |                 |
| 2.  |      |                 |
| 3.  |      |                 |
| 4.  |      |                 |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

|     | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|-----|--------|-------|----------|---------|------------------------|
| 1.  |        |       |          |         |                        |
| 2.  |        |       |          |         |                        |
| 3.  |        |       |          |         |                        |
| 4.  |        |       |          |         |                        |
| 5.  |        |       |          |         |                        |

| Name of Person Reporting | Date of Report |
|---|---|
| Kyle, Richard H | 05/13/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Minneapolis Club | Honorary Membership (est. dues) | $ 2412.0 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kyle, Richard H | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Baxter International | B | Dividend | L | T | | | | | |
| 2. Bristol Myers Squibb | B | Dividend | K | T | | | | | |
| 3. 3M Company | E | Dividend | O | T | Partial Gift | 12/26 | K | | St. Paul Foundation |
| 4. Beadle Lloyd Properties Ltd. Partnership | B | Dividend | J | U | | | | | |
| 5. Checking Account--U.S. Bank | A | Interest | J | T | | | | | |
| 6. Caterpillar, Inc. | B | Dividend | L | T | | | | | |
| 7. Exxon Mobil Corp. | B | Dividend | L | T | | | | | |
| 8. General Electric | C | Dividend | M | T | Partial Gift | 12/26 | J | | St. Paul Foundation |
| 9. Paine Webber RMA Money Market Portfolio | A | Interest | J | T | | | | | |
| 10. Coca Cola Co. | A | Dividend | K | T | | | | | |
| 11. Ford Motor Co. | A | Dividend | J | T | | | | | |
| 12. General Electric Co. | B | Dividend | L | T | | | | | |
| 13. Ionics, Inc. | A | Dividend | | | Acquired by | 12/06 | K | A | General Electric |
| 14. | | | | | General Elec | | | | |
| 15. Microsoft | B | Dividend | M | T | | | | | |
| 16. Proctor & Gamble Co. | B | Dividend | L | T | | | | | |
| 17. Walt Disney Co. | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kyle, Richard H | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Bank of America Corporation | C | Dividend | L | T | | | | | |
| 19. Pepsico | A | Dividend | L | T | | | | | |
| 20. H.B. Fuller Co. | A | Dividend | L | T | Partial Sale | 6/28 | J | D | |
| 21. Colgate | B | Dividend | M | T | | | | | |
| 22. General Electric Co. | B | Dividend | L | T | | | | | |
| 23. Intel Corp. | B | Dividend | L | T | | | | | |
| 24. Johnson & Johnson | B | Dividend | L | T | | | | | |
| 25. Microsoft | B | Dividend | M | T | | | | | |
| 26. Motorola | A | Dividend | J | T | | | | | |
| 27. Pepsico | B | Dividend | L | T | | | | | |
| 28. Proctor & Gamble | B | Dividend | L | T | | | | | |
| 29. PaineWebber Cash Fund | A | Interest | K | T | | | | | |
| 30. Mn Mun. Cash Trust | A | Interest | K | T | | | | | |
| 31. Cisco Systems, Inc. | A | Dividend | M | T | | | | | |
| 32. Mairs & Power Growth Fund | E | Dividend | O | T | | | | | |
| 33. Bristol Myers | B | Dividend | K | T | | | | | |
| 34. Verizon Communication | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kyle, Richard H | 05/13/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Glaxo Smithkline PLC | A | Dividend | K | T | | | | | |
| 36. Intel | A | Dividend | K | T | | | | | |
| 37. Pfizer, Inc. | B | Dividend | K | T | | | | | |
| 38. Comcast Corp. | A | Dividend | J | T | | | | | |
| 39. Citigroup, Inc. | A | Dividend | K | T | | | | | |
| 40. TR Russell 2000 Value Index Fund | A | Dividend | K | T | Partial Sale | 6/8 | K | D | |
| 41. TR Russell 2000 Growth Index Fund | A | Dividend | L | T | | | | | |
| 42. TR Russell MSCI EAFE Index Fund | A | Dividend | K | T | Partial Sale | 6/28 | K | D | |
| 43. Home Depot | A | Dividend | K | T | | | | | |
| 44. Freescale Semiconductor | A | Dividend | J | T | | | | | |
| 45. UBS | A | Dividend | J | T | | | | | |
| 46. Wells Fargo & Co. | A | Dividend | K | T | | | | | |
| 47. Idearc, Inc. | | None | J | T | | | | | |
| 48. Citadel Broadcasting | | None | J | T | Spin-off of | 6/07 | J | | Spin-off from Walt Disney |
| 49. | | | | | Walt Disney | | | | |
| 50. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Kyle, Richard H | 05/13/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544